UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-25161-CIV-GAYLES/WHITE

RONNIE WILLIAMS,

        Plaintiff,

v.

JULIE JONES,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the Report Recommending Transfer of Venue [ECF No. 4]. Plaintiff filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 relating to events that occurred while he was an inmate at the Gulf Correctional Institution [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. Following an initial screening, Judge White recommended that the Court transfer this action to the Northern District of Florida. Plaintiff has not timely objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having reviewed the Report for clear error, agrees with Judge White's well-reasoned analysis and agrees that the matter should be transferred.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge White's Report and Recommendation [ECF No. 4] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) This action is **TRANSFERRED** to the United States District Court for the Northern District of Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of January, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE